THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,
complainant,

*v.*

INA F. MANTZ, defendant-respondent, FLORENCE E. SCHRO-
DER, defendant-appellant.

[Decided October 20th, 1941.]

*Mr. Harvey Rothberg* and *Mr. Isadore I. Schwartz,* for the
defendant-appellant.

*Messrs. Stein, Stein & Stein,* for the defendant-respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons
stated in the opinion filed in the court below by Vice-Chan-
cellor Egan and reported at *128 N. J. Eq. 480.*

*For affirmance*—THE CHIEF-JUSTICE, PARKER, CASE,
BODINE, DONGES, HEHER, PERSKIE, PORTER, COLIE, DEAR,
WELLS, WOLFSKEIL, RAFFERTY, HAGUE, THOMPSON, JJ. 15.

*For reversal*—None.